*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, McCOY, and GROSS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Allysa F. RIALE**
Boatswain's Mate Seaman (E-3), U.S. Navy
*Appellant*

**No. 202400049**

_____

Decided: 29 August 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin B. Garcia

Sentence adjudged 15 December 2023 by a special court-martial convened at Fleet Activities, Yokosuka, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 90 days,[1] and a bad-conduct discharge.[2]

---

[1] Appellant received 138 days of confinement credit.

[2] The military judge recommended suspending the bad-conduct discharge for 6 months. The convening authority denied the military judge's recommendation.

Opinion of the Court

For Appellant:
*Lieutenant Raymond E. Bilter, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

However, we note that the Entry of Judgment fails to state whether the confinement awarded for the charges shall run consecutively or concurrently as required by Rule for Courts-Martial (R.C.M.) 1111(b)(2)(B).[4] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of her proceeding.[5] In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[3] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[4] See *United States v. Wadaa*, __M.J.__, No. 202300273, 2024 CCA LEXIS 148 at *6 (N-M. Ct. Crim. App. Apr. 25, 2024) (establishing minimum requirements for EOJs: 1) the Article of the UCMJ for each charge; 2) the applicable subsection, if any, for each specification; 3) the nature of the offense in the specification; and 4) the date of the offense).

[5] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy-Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202400049 |
| v. | **ENTRY** |
| | **OF** |
| **Allysa F. RIALE** | **JUDGMENT** |
| **Boatswain's Mate Seaman (E-3)** | |
| **U.S. Navy** | |
| *Accused* | *As Modified on Appeal* |
| | **29 August 2024** |

On 15 December 2023, the Accused was tried at Fleet Activities Yokosuka, Japan, by a special court-martial, consisting of a military judge sitting alone. Military Judge Benjamin B. Garcia presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:** **Possession of Lysergic Acid Diethylamide (LSD) onto a vessel used by the armed forces, on or about March 2023.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and Dismissed.

**Specification 2:** **Possession of Lysergic Acid Diethylamide (LSD) on divers occasions between December 2022 and March 2023.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and Dismissed.

**Specification 3:** **Use of Lysergic Acid Diethylamide (LSD) on divers occasions between December 2022 and March 2023.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and Dismissed.

**Specification 4:** **Distribution of Lysergic Acid Diethylamide (LSD) on divers occasions between December 2022 and March 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge II:** **Violation of Article 81, Uniform Code of Military Justice 10 U.S.C. § 881.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Conspiracy to distribute Lysergic Acid Diethylamide (LSD) between December 2022 and March 2023.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 15 December 2023, the military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

*For Specification 4 of Charge I:* confinement for 80 days.

*For the sole Specification of Charge II:* confinement for 90 days.

The terms of confinement will run concurrently.

**Confinement for a total of 90 days with 138 days confinement credit.**

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

2